Peter R. Wickard Esq.  (IN #36095-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  pwickard@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion Corp.)*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion Corp.)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT JOHNSON,<br>        Plaintiff,<br><br>   vs.<br><br>TRANSWORLD SYSTEMS, INC.;<br>TRANSUNION CORP.; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and DOES<br>1-10 INCLUSIVE;<br>        Defendants. | CASE NO. 2:20-cv-02185-WBS-DMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Robert Johnson, by counsel, and Defendant Trans Union, LLC, improperly identified as Transunion Corp. ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-CV-02185-WBS-DMC**

Respectfully submitted,

Date: June 14, 2021                 */s/ Todd M. Friedman (with consent)*
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA  91367
Telephone: (323) 306-4234
Fax: (866) 633-0228
E-Mail: tfriedman@toddflaw.com
          abacon@toddflaw.com

*Counsel for Plaintiff Robert Johnson*

Date: June 14, 2021                 */s/ Peter R. Wickard*
Peter R. Wickard, Esq.  (IN #36095-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  pwickard@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Corp.)*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Corp.)*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Robert Johnson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Robert Johnson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: June 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Todd M. Friedman, Esq. tfriedman@toddflaw.com | Katherine A. Neben, Esq. kneben@jonesday.com |
| Brittany L. Shaw, Esq. bshaw@sessions.legal | Eileen T. Booth, Esq. ebooth@jacobsenmcelroy.com |
| Peter R. Wickard, Esq. pwickard@schuckitlaw.com | |