# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHNSON,
Plaintiff

v.

TRANSWORLD SYSTEMS INC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and DOES 1-10,
inclusive,
Defendants.

Case No.

2:20-cv-02185-WBS-DM

**ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: July 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE